**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000478
28-JUN-2012
09:18 AM**

NO. CAAP-11-0000478

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LLOYD Y. ASATO, Plaintiff-Appellee,
v.
ESTHER K. KANAKANUI, et al., Defendants-Appellees

KEITH K. HIRAOKA and ROECA LURIA & HIRAOKA LLP,
Real-Party-in-Interest/Appellants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 00-1-0001 (HILO))

ORDER DISMISSING APPEAL
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal and the records and files herein, it appears that:

(1) on June 17, 2011, Real Parties in Interest/Appellants Keith K. Hiraoka, Esq., and Roeca Luria Hiraoka LLP (Appellants) filed a notice of appeal from a Third Circuit Court order denying a motion to withdraw as counsel for Respondent-Appellee Louis P. Mendonca (Mendonca); (2) Appellants filed the opening brief on October 26, 2011 and the answering brief is due June 28, 2012;

(3) on June 22, 2012, the Appellants and Mendonca submitted the

stipulation to dismiss the appeal filed by Appellants, with the parties to bear their own costs and fees; and (4) Appellants and Mendonca, who are the only parties participating in this appeal, agree that this appeal is moot.   Therefore,

IT IS HEREBY ORDERED that this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, June 28, 2012.

Presiding Judge

Associate Judge

Associate Judge